| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____   Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   WALL010, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   82-2118997

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3926 Vista Woods**<br>**Carrollton, TX 75007**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Denton**<br>County | Location of principal assets, if different from principal place of business<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 1

Debtor   **WALL010, LLC**                                                            Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Northern District of Texas** | When | **1/04/21** | Case number | **21-30016** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor **WALL010, LLC** _____ Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**      Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **WALL010, LLC**  Case number (*if known*)
    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **WALL010, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 31, 2022**
MM / DD / YYYY

X **/s/ Tim Barton**        **Tim Barton**
Signature of authorized representative of debtor    Printed name

Title  **Present of Managing Member**

**18. Signature of attorney**

X **/s/ Eric A. Liepins**        Date **August 31, 2022**
Signature of attorney for debtor      MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road
Suite 850
Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone  **972-991-5591**    Email address  **eric@ealpc.com**

**12338110 TX**
Bar number and State

Debtor **WALL010, LLC** Case number (*if known*) _____
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
EASTERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **WALL007, LLC** | | | Relationship to you | **affiliate** |
| District | **Eastern District of Texas** | When | **8/23/22** | Case number, if known | **22-41049** |
| Debtor | **WALL009, LLC** | | | Relationship to you | **affiliate** |
| District | **Eastern District of Texas** | When | **8/31/22** | Case number, if known | **22-41113** |
| Debtor | **WALL011, LLC** | | | Relationship to you | **affiliate** |
| District | **Eastern District of Texas** | When | **8/31/22** | Case number, if known | **22-41114** |

Fill in this information to identify the case:

Debtor name: **WALL010, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cao Ming XI c/o Yan Zhang**<br>**727# Yan Chang Rd, Jingan District,**<br>**Shanghai, China** | | | | | | **$12,000.00** |
| **Chen Weizhao c/o Liying Mao**<br>**Zhongda Wenjinyuan,Wen San Road**<br>**Room1501,Unit2,Building8**<br>**Xihu District,Hangzhou,China** | | | | | | **$200,000.00** |
| **Haonan Chen c/o Wenjun Wang**<br>**Room  2401,Unit 2,Building 3**<br>**Yu Cai Rd,**<br>**Kuang District, Yangquan, Shanxi, China** | | | | | | **$50,000.00** |
| **HR Sterling**<br>**2736 Trophy Club Drive.**<br>**Trophy Club, TX 76262** | | | | | | **$6,000.00** |
| **Ji Lan**<br>**Room 202, Building No.1, Block A 13**<br>**Guangwaichezhan St. East,**<br>**Xicheng District, Beijing** | | | | | | **$17,485.00** |

Debtor **WALL010, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ji Lan** **Room 202,Building No.1, Block A 13 Guangwaichezhan St.East,** **Xicheng District,** **Beijing** | | | | | | $12,474.00 |
| **Jianjin Li** **Building 26 Yuexiangcun, South Taohuayua Zhongtai Subdistrict, Yuhang District,** **Hangzhou, Zhejiang, China** | | | | | | $19,945.00 |
| **Larry Martin** **3069 Waterside Circle** **Boynton Beach, FL 33435** | | | | | | $12,000.00 |
| **Li Jianjin** **Building 26 Yuexiangcun, South Taohuayua Zhongtai Subdistrict, Yuhang District** **Hangzhou, Zhejiang, China** | | | | | | $480,025.00 |
| **Lin Changhua** **56-2-402** **Qiushi cun** **Hangzhou, China** | | | | | | $100,000.00 |
| **Song Tianqing** **Room12-204,Zhong dingShanzhuang No.299 Zhongshanmen Avenue Nanjing,Jiangsu,China** | | | | | | $50,014.00 |
| **Steve Metzger** **3626 N. Hall Street Suite 800** **Dallas, TX 75219** | | | | | | $10,000.00 |

Debtor **WALL010, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Tianqing Song<br>Room 12-204, Zhongding Shanzhuang,<br>No.299 Zhongshanmen Avenue<br>Nanjing, Jiangsu, China | | | | | | $49,980.00 |
| Vance McMurry<br>508 W. Lookout Drive.<br>Ste 17-74<br>Richardson, TX 75080 | | | | | | $20,000.00 |
| WU WEN<br>43#, No.165 Lane, Guiping Rd.,<br>Xuhui District, Shanghai, China | | | | | | $100,000.00 |
| XU Gang<br>701-K1Shimaolijingcheng,Tianmushan Road<br>Hangzhou,China | | | | | | $500,000.00 |
| Yang Hairuo<br>No.100 Lane, Yushan Rd<br>Room 1302, 9#<br>Pudong District, Shanghai, China | | | | | | $200,000.00 |
| Yang Liying<br>7-4-701 Wulin Garden,<br>No 112 Tianmushan Rd<br>Xihu District, Hangzhou, China | | | | | | $300,000.00 |
| Zhang yan<br>727# Yan Chang Rd<br>Jingan DistrictShanghai, China | | | | | | $193,974.00 |

Cao Ming XI c/o Yan Zhang
727# Yan Chang Rd,
Jingan District, Shanghai, China

Chen Weizhao c/o Liying Mao
Zhongda Wenjinyuan,Wen San Road
Room1501,Unit2,Building8
Xihu District,Hangzhou,China

Haonan Chen c/o Wenjun Wang
Room 2401,Unit 2,Building 3
Yu Cai Rd,
Kuang District, Yangquan, Shanxi, China

HR Sterling
2736 Trophy Club Drive.
Trophy Club, TX 76262

Ji Lan
Room 202,Building No.1, Block A 13
Guangwaichezhan St.East,
Xicheng District, Beijing

Jianjin Li
Building 26 Yuexiangcun, South Taohuayua
Zhongtai Subdistrict, Yuhang District,
Hangzhou, Zhejiang, China

Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435

Li Jianjin
Building 26 Yuexiangcun, South Taohuayua
Zhongtai Subdistrict, Yuhang District
Hangzhou, Zhejiang, China

Lin Changhua
56-2-402
Qiushi cun Hangzhou, China

Song Tianqing
Room12-204,ZhongdingShanzhuang
No.299 Zhongshanmen Avenue
Nanjing,Jiangsu,China

Steve Metzger
3626 N. Hall Street
Suite 800
Dallas, TX 75219

Tianqing Song
Room 12-204, Zhongding Shanzhuang,
No.299 Zhongshanmen Avenue
Nanjing, Jiangsu, China

Vance McMurry
508 W. Lookout Drive.
Ste 17-74
Richardson, TX 75080

WU WEN
43#, No.165 Lane, Guiping Rd.,
Xuhui District, Shanghai, China

XU Gang
701-K1Shimaolijingcheng,Tianmushan Road
Hangzhou,China

Yang Hairuo
No.100 Lane, Yushan Rd
Room 1302, 9#
Pudong District, Shanghai, China

Yang Liying
7-4-701 Wulin Garden,
No 112 Tianmushan Rd
Xihu District, Hangzhou, China

Zhang yan
727# Yan Chang Rd
Jingan DistrictShanghai, China

# United States Bankruptcy Court
### Eastern District of Texas

In re **WALL010, LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **WALL010, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Carnegie Development, LLC**
**13636 Goldmark**
**Dallas, TX 75240**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 31, 2022** | **/s/ Eric A. Liepins** |
| Date | **Eric A. Liepins** |
| | Signature of Attorney or Litigant |
| | Counsel for **WALL010, LLC** |
| | **Eric A. Liepins** |
| | **12770 Coit Road** |
| | **Suite 850** |
| | **Dallas, TX 75251** |
| | **972-991-5591 Fax:972-991-5788** |
| | **eric@ealpc.com** |