EOD
09/26/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WALL010, LLC | § | Case no.22-41125 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ON
APPLICATION FOR AUTHORITY
TO EMPLOY COUNSEL FOR DEBTOR

Came on this day the Application for Authority to Employ Counsel for Debtor. The Court having reviewed the pleadings and heard argument of counsel is of the opinion for the reasons set forth in open Court, that said Application should be granted. It is accordingly,

ORDERED, ADJUDGED, and DECREED that Eric A. Liepins and the law firm of Eric A. Liepins, P.C., are hereby approved as counsel of record for the Debtor effective as of August 31, 2022.

Signed on 9/26/2022

Brenda T. Rhoades MD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 22-41125-btr
WALL010,LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2
Date Rcvd: Sep 26, 2022 Form ID: pdf400 Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL010,LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Cao Ming Xi, c/o Yan Zhang, 727# Yan Chang Rd., Jingan District, Shaghai, China |
| cr | | Changhua Lin, 56-2-402, Qiushi cu, Hangzhou, China |
| cr | | Chen Weizhao, c/o Liying Mao Zhongda Wenijinyuan,, Wen San Road, Room 1501, Unit2 Building8, Xihu Distric, Hangzhou, China |
| cr | + | HR Sterling, 2736 Trophy Club Drive, Trophy Club, TX 76262-3468 |
| cr | | Haonan Chen, c/o Wenjun Wang, Room 2401, Unit 2, Building 3, Yu Cai Rd., Kuang District, Yangquan, Shanxi, China |
| cr | | Ji Lan, Room 202, Building No.1, Block A 13, Guangwaichezhan St. East, Xicheng District, Beijung, China |
| cr | | Jianjin Li, Building 26, Yuexiangcun,, South Taohuaylua Zhongtai Subdistrict, Yuchang District, Hangzhou, Zhejiang, China |
| cr | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| cr | | Song Tianqing, Room 12-204, Zhongding Shanzhuang, No. 299 Zhongshanmen Ave., Nanjing, Jiangsu, China |
| cr | + | Vance McMurry, 508 Lookout Dr., Ste. 17-74, Richardson, TX 75080-2176 |
| cr | | Wu Wen, 43#, No. 165 Lane, Guipin Rd.,, Xuhui District, Shanghai, China |
| cr | | Xu Gang, 701-K1 Shinmaolijincheng, Tianmushan Road, Hangzhou, China |
| cr | | Yang Hairuo, No. 100 Lane, Yushan Rd., Room 1302 9#, Pudong District, Shanghai, China |
| cr | | Yang Liying, 7-4-701 Wulin Garden, No. 112 Tianmushan Rd., Xihu District, Hangzhou, China |
| cr | | Zhang Yan, 727# Van Chang Rd., Jingan District, Shanghai, China |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: smetzger@pmklaw.com | Sep 26 2022 23:18:00 | Steve Metzger, 3626 N. Hall St., Ste. 800, Dallas, TX 75219-5133 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL010 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2